**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-2484**

─────────────

CARLTON MCCRAY THOMAS,

                                      Plaintiff - Appellant,

          versus

EVA REYNOLDS; HAROLD PLASTER, Sheriff; DOCTOR
WACLAW; GIRARD THOMPSON, Dr.; ROGER WALDEN;
CAPTAIN  YVONNE;  TIM  SIMPSON,  Lieutenant;
PITTSYLVANIA COUNTY JAIL, Medical Staff,

                                      Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(CA-03-718)

─────────────

Submitted:  May 24, 2004          Decided:  June 17, 2004

─────────────

Before WIDENER, KING, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Carlton McCray Thomas, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carlton McCray Thomas appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Thomas v. Reynolds</u>, No. CA-03-718 (W.D. Va. Nov. 5, 2003).  We deny Thomas's  motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>